IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:20-cv-01119-CCE-JEP

| | |
|---|---|
| JASON WEI LOCASALE,<br><br>               **Plaintiff,**<br><br>v.<br><br>DUKE UNIVERSITY, and<br>DONALD PATRICK MCDONNELL, in his individual and official capacity<br><br>               **Defendants.** | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Jason Wei Locasale, by and through counsel, hereby stipulates to and gives notice of the dismissal of all Plaintiff's claims against the Defendants, <u>with prejudice</u>, including all claims that were or might have been asserted by Plaintiff in this action. The Parties shall bear their own fees and costs associated with this matter.

This the 4th day of April, 2021.

                                                                               */s/ Tiffany D. Russell*
                                                                               Tiffany D. Russell
                                                                                NC State Bar No. 37756
                                                                                The Law Office of Tiffany D. Russell, PLLC
                                                                                123 West Main Street, Suite 310
                                                                                Durham, NC 27703
                                                                                Phone: (919) 794-8141
                                                                                Email: tdrussell@tdrlegal.com

                                                                               *Attorney for Plaintiff*